■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANTAY DAVIS, Appellant. [718 NYS2d 864] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered October 5, 1998.

Ordered that the judgment is affirmed (*see, People v*

*Pellegrino,* 60 NY2d 636). S. Miller, J. P., McGinity, Luciano and Smith, JJ., concur.